FILED
2016 Nov-16  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

U.S. [  ]

## LARRY DARNELL Smith

CV-16-P-1855-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

JEFFERSON DUNN - ADOC Commissioner
ADOC WARDENS; Billups, Daniels,
Thomas, At DRAPER, Elmore, Staton,
Bibb, et, AL.

(Enter above full name(s) of the
defendant(s) in this action)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
      in this action or otherwise relating to your imprisonment?     Yes  ( )     No  (✓)

B.    If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same
      outline.)

      1.    Parties to this previous lawsuit

            Plaintiff(s): _____ N/A _____

            Defendant(s) _____

      2.    Court (if Federal Court, name the district; if State Court, name the county)

            _____ N/A _____

      3.    Docket Number _____

      4.    Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
    _____ N/A _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  . Place of present confinement _____

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( )    No (✓) Filed Incident Report with I&I

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )    No (✓)

C.  If your answer is YES:

    1.  What steps did you take? ___ N/A ___

    2.  What was the result? _____

D.  If your answer is NO, explain why not? State of Alobama has
    No Formal grievance procedure, Except medical
    only.

III.  Parties
    In item A below, place your name(s) in the first blank and place your present address in the
    second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) LARRY Darnell Smith

    Address 5t5 Bibb Lane, Brent, Al 35034 NEW Address
    3800 fountain Atmore, AL 36503

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant _VENCini Smith, Lieutrant - statun,_

is employed as _Correctimal officer_

at _statun Corr Fac_

C.   Additional Defendants _Walter Rosey, Terrence M. Brown, Walter J. Green, officers at Elmore Corr.Fac., Leaoul O. Sewell, Corr. officer at Bibb, Sgt. McOmald, COI Hester, officer Freeman, officer Dunman, at Draper, Sgt. Burnett, statun._

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I Larry Smith have been beat and kick also spayed by A.Doc officer why I have been in hand cuffs I am just asking for help for these officers beating me in hand cuffs thank you and have a bless day.

## V.   RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

REQUESTING JURY TRIAl FOR Compensatory And Punitive DAmAges FOR INJURIES RECEIVED At the hands of ADOC OFFICERS And For Violating my 1983 Civil Rights.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11-7-16___

(date)

_Larry Smith_

Signature(s)
"

- 4 -

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Larry Darnell Smith_
Name under which you were convicted

_257169_
Your prison number

CIVIL ACTION NO.
(To be supplied by Clerk of Court)

vs.

_ADoc more than one prisons_
Name of Defendant(s)

_Atomore Fountion 3800 AL 36503_
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

Larry Smith 257164 AIS# G-Dorm
Fountain 3800
Atmore Al. 36503

MOBILE
AL 366
24 NOV '16
PM 11



$ 000.67⁵
0000872158   NOV 14 2016
MAILED FROM ZIP CODE 36502

UNited States District Court
office of the clerk
Northern District of Alabama
1729 5th AVenue North
Birmingham, Al 35203

NOV 16 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SECURITY

LEGAL

35203-200099